IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD C. RODRIGUEZ, JR.,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | Civil Case No.   06-170-MJR |
| ) | |
| **B.A. BLEDSOE,** ) | |
| ) | |
| **Respondent.** ) | |

# ORDER

**FRAZIER, Magistrate Judge:**

Before the Court are petitioner's motions for an emergency hearing and for equitable relief and summary judgment (Doc. Nos. 8, 10).  The latter motion (Doc. No. 10) is CONSTRUED as a motion for entry of default.

Petitioner is challenging the calculation of his federal sentence.  His claim was raised before the United States District Court for the Eastern District of Texas, which denied relief.  The Fifth District Court of Appeals affirmed that decision.  *Rodriguez v. Pitzer*, 76 Fed. Appx. 519 (5th Cir. Aug. 7, 2003).  At present, there are no grounds to reconsider the legality of petitioner's detention.  28 U.S.C. § 2244(a).  Moreover, a response to the petition has been filed in a timely manner (Doc. No. 7).  Accordingly, petitioner's motions (Doc. Nos. 8, 10) are DENIED.

SO ORDERED:     May 15, 2006     .

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**